THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS BROOKINS, Appellant.

Argued May 23, 1946; decided July 23, 1946.

*Harry A. Sessions* for appellant.

*Daniel J. O'Mara, District Attorney* (*Harry L. Rosenthal* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.